# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**RONALD D. SHELBY,**                    CASE NO.   1:12-cv-770

     Plaintiff,                         Judge Timothy S. Black

**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

     Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and this case is **CLOSED** on the docket of this Court.

Date: November 25, 2013                    **JOHN P. HEHMAN, CLERK**

                                    By: _s/ M. Rogers_____
                                      Deputy Clerk